No. 79–88. CALIFORNIA *v.* WHYTE. Ct. App. Cal., 1st App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–920. WHITE, TRAINING CENTER SUPERINTENDENT *v.* GREEN. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–934. PENNSYLVANIA *v.* STARR. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 79–943. MICHIGAN *v.* GARDNER. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.